IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL WILLIAMS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-4482** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of January, 2023, in light of *pro se* Plaintiff Michael Williams's failure to pay the applicable $402 filing fee or file a motion to proceed *in forma pauperis* in accordance with this Court's Order entered on November 17, 2022 (Doc. No. 5), which (1) granted him thirty (30) days to do so and (2) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. Williams's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**