IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WILLIAMS,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**CITY OF PHILADELPHIA,**<br><br>    Defendant. | **CIVAL ACTION**<br><br>**NO. 22-4482-KSM** |

## ORDER

**AND NOW** this 14th day of March, 2025, upon consideration of Defendant's Motion to Dismiss (Doc. No. 35) and Plaintiff's Request for Default Judgment (Doc. No. 36), it is **ORDERED** that:

1. Plaintiff's Request for Default Judgment (Doc. No. 36) is **DENIED.**

2. Defendant's Motion to Dismiss (Doc. No. 13) is **GRANTED.**

3. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**